

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Curtis Wayne Robertson, | § | No. 08-17-00109-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| The State of Texas, | § | of Crockett County, Texas |
| State. | § | (TC# 2888) |
| | § | |

**O R D E R**

The Appellant's brief in the above styled and numbered cause was due October 10, 2017 after the Court granted two motions for extension of time to file the brief. As of the date of this order, no brief or additional motion for extension of time to file the brief has been filed with this Court.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant desires to prosecute his appeal, whether the appellant has been deprived of effective assistance of counsel, and to make appropriate findings and recommendations. The trial judge shall take such measures as may be necessary to assure effective assistance of counsel, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before November 26, 2017.

IT IS SO ORDERED this 27th day of October, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.